IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS J. YOUNG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| -vs- | )    NO. 11-709-SCW |
| | ) |
| KELLY J. EPPLIN, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **KELLY J. EPPLIN** was dismissed by an Order entered by Judge Stephen C. Williams on January 28, 2013 (Doc. 30).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **KELLY J. EPPLIN** and against plaintiff **THOMAS J. YOUNG**.

Plaintiff shall take nothing from this action.

**DATED**: January 30, 2013

                                                      NANCY J. ROSENSTENGEL, CLERK

                                                      BY: S/Angela Vehlewald
                                                            Deputy Clerk

Approved by   s//Stephen C. Williams
                United States Magistrate Judge
                Stephen C. Williams